UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE: Rocky B. Pittman : Chapter 13
: Case No.
:

## CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) (or the debtor(s)' employer) shall pay the trustee the sum of $420 biweekly.

2. From the payments so received the trustee shall make disbursements as follows:

(a) The trustee percentage fee as set by the United States Trustee.

(b) The monthly payments will be made on the following long-term debts: (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim.)

| NAME OF CREDITOR | MONTH OF FIRST PAYMENT | PAYMENT AMOUNT |
|---|---|---|
| none | | |

(c) Preconfirmation adequate protection payments will be made to the following secured creditors and holders of executory contracts after the filing of a proof a claim by the creditor. These payments will be applied to reduce the principle of the claim:

| NAME OF CREDITOR | ADEQUATE PROTECTION AMOUNT |
|---|---|
| None | |

(d) Attorney's fees of $2500.00 will be paid to James W. Davis pursuant to The Administrative Order of the Court dated August, 2007.

(e) After confirmation of the plan, the secured creditors with allowed claims will be paid as follows:

| CREDITOR | AMOUNT | VALUE | INTEREST | COLLATERAL | PAYMENT |
|---|---|---|---|---|---|
| Robins Federal CU | $9336 | debt | 5% | 2nd mortgage | $200/mo |

(f) After the above are paid, distributions will be made to cure arrearages and other secured debts whose claims are duly proven and allowed as follows:

| CREDITOR | AMOUNT | VALUE | INTEREST | COLLATERAL | PAYMENT |
|---|---|---|---|---|---|
| none | | | | | |

(g) The following collateral is to be surrendered to the creditor:

| CREDITOR | DESCRIPTION |
|---|---|
| None | |

(h) The following domestic support payments will be paid over the life of the plan as follows: (These payments will/will not be made with the payment of the secured debt and will/will not include interest at the rate of _____%. Interest can only be included if the plan is proposing to pay all claims in full.)

| CREDITOR | PAYMENT |
|---|---|
| None | |

(i) The following unsecured claims are classified to be paid at 100%. These payments will/will not be made simultaneously with payment of secured debt: none

(j) All other U.S.C. sec. 507 priority claims, unless already listed under 2(g), will be paid in full over the life of the plan as funds become available in the order specified by law.

(k) The debtor(s) will be the disbursing agent on the following debts: Chase, mortgage

(l) Special provisions:
    (i) After payment of secured claim(s) of any creditor holding title to any of the debtors' vehicles or collateral has been made in full, and discharge of the debtor(s) under Chapter 13 the title(s) to said vehicle(s) and/or collateral will be returned to the debtor(s) with the lien(s) released.
    (ii) The long term debts shall be reinstated upon the arrearages on same being cured through the plan.
    (iii) Judgment liens will be avoided upon discharge of debtor(s) under Chapter 13.

(m) General unsecured creditors whose claims are duly proven and allowed will be paid a total best interest amount of $21,538.00.

12/16/2010                                /s/Rocky B. Pittman
                                               Debtor